JOHN W. HUBER, United States Attorney (No. 7226)
CY H. CASTLE, Assistant United States Attorney (#4808)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

IN THE UNITED STATES DISTRICT COURT DISTRICT OF

UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | | Case No. 2:19-CR-00080 |
| Plaintiff, | : | |
| | | INITIAL NOTIFICATION OF COMPLIANCE |
| v. | : | (via USAFX) AND REQUEST FOR |
| | | RECIPROCAL DISCOVERY |
| RALPH DAVID BRINTON, | : | |
| | | Judge Robert J. Shelby |
| Defendant. | : | |

The United States of America, by and through the undersigned, hereby files its initial notification of compliance with its discovery obligations in this case and request for reciprocal discovery from the defendants.

The United States gives notice that the following is being or has been provided to counsel for the defendant via United States Attorney File Exchange (USAFX):

//



//



//


1

| Description- Bates | File Name |
|---|---|
| RDB_00001 thru RDB_00901 | Reports:<br>• {Folder} bankruptcy 14-<br>• {Folder} bankruptcy 16-<br>• {Folder} bankruptcy 17-<br>• {Folder} District Court<br>• {Folder} State Court<br>• Rick Blum MOI - FInal<br>• Wilf Blum MOI - Final |
| RDB_00902 thru RDB_00934 | Photos:<br>• 1 - Forest Bend<br>• 2018-11-02_12-46-31_419<br>• 2018-11-02_12-46-39_960<br>• 2018-11-02_12-46-54_540<br>• 2018-11-02_12-47-02_419<br>• IMG_0053<br>• IMG_0054 |
| RDB_00935 thru RDB_00945 | Media files:<br>• WEBSITE – converted to pdf<br>https://www.movoto.com/cottonwood-heights-ut/7762-s-forest-bend-dr-e-cottonwood-heights-ut-84121-511_1476959/ |

As additional discoverable material becomes available, such material will be provided within a reasonable time. Throughout this case, the United States will provide material discoverable under Rules 16 and 26.2 of the Federal Rules of Criminal Procedure and the Jencks Act without requiring the defendant to make a specific request for such material. Upon the request of the defendant, the United States will permit and facilitate the defendant's own inspection, copying or photographing of those items

described/defined in Rule 16(a)(1)(E). The United States also hereby requests disclosure of evidence by the defendant (also known as reciprocal discovery) pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure and DUCrimR 16-1(c).  By providing Rule 16 discovery without requiring a specific request from the defense, the United States invokes a reciprocal obligation on the defendant under DUCrimR 16-1(c), which states that the defendant must allow the government to inspect and to copy the following, as further defined in Rule 16 of the Federal Rules of Criminal Procedure:

a. Documents and tangible objects the defendant intends to introduce as evidence at trial;

b. Reports of examinations and tests the defendant intends to introduce at trial or that were prepared by a witness whom the defendant intends to call at trial; and

c. A written summary of the testimony of any expert the defendant intends to use a trial under Federal Rules of Evidence 702, 703 and 705.

The United States requests that the defendant provide to the government at a reasonable time before trial, but no later than five working days before trial, copies of the material referenced in this paragraph. Further, the United States requests continuing compliance with the reciprocal discovery following the initial disclosure.

//


//

The United States also hereby requests all written and recorded statements by any witness other than the defendant whom the defendant intends to call at trial or a hearing covered by the Jencks Act or Rule 26.2 of the Federal Rules of Criminal Procedure.

DATED this 3rd day of April, 2019.

JOHN W. HUBER
United States Attorney


*/s/ Cy H. Castle*
CY H. CASTLE
Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of the United States Attorney's Office, and that a copy of the foregoing NOTIFICATION OF COMPLIANCE was made available to all parties named below, this 3rd day of April, 2019.

Stephen G. Homer
2877 West 9150 South
WEST JORDAN, UT 84088

/s/Jessie R. Chelsea
Jessie R. Chelsea
Legal Assistant