JOHN W. HUBER, United States Attorney (#7226)
CY H. CASTLE, Assistant United States Attorney (#4808)
PETER KUHN, Special Assistant United States Attorney (#3820)
Attorneys for the United States of America
111 South Main Street, Ste. 1800 • Salt Lake City, Utah 84111
Telephone:  (801) 325-3285 • Facsimile:  (801) 325-3387

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RALPH DAVID BRINTON,<br><br>Defendant. | UNITED STATES' OBEJCTION TO THE AUTHENTICITY OF DEFENDANT'S PROPOSED EXHBIT 34<br><br>Case No. 2:19cr80<br><br>Judge Howard C. Nielson, Jr. |

The United States of American, through its attorneys, Cy H. Castle and Peter Kuhn, objects to the authenticity of defendant's Exhibit 34, a copy of which is attached as Exhibit A.

Exhibit 34 is a copy of a series of emails among the defendant, the victim, Richard Gibson Blum, and a Peter McDonald commonly known as an email thread or string beginning on April 22, 2017 at 4:48 p.m. and ending on April 22, 2017 at 6:56 p.m.  However, Exhibit 34 appears to be an altered version of the email thread.  For example, at the bottom of the email dated April 22, 2017 at 6:12 p.m. under the name of Ralph, it states in brackets "[Quoted text hidden]."  This same verbiage is used in the 6:19 p.m. email and the 6:44 p.m. email dated April 22, 2017.

1

Based upon these observations, the United States objects to authenticity of Exhibit 34 on the basis that it does not accurately represent the original emails exchanged by the parties.

Dated this 1st day of August, 2019.

>JOHN W. HUBER
>United States Attorney
>
>  /s/ Cy H. Castle
>CY H. CASTLE
>Assistant United States Attorney
>PETER KUHN
>Special Assistant United States Attorney