```
STEPHEN G HOMER (01536)
Attorney at Law
2877 West 9150 South
West Jordan, Utah  84088
Telephone (801) 569-2409
e-mail  sghomerlaw@gmail.com
Attorney for Defendant RALPH DAVID BRINTON
```

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

---

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | DEFENDANT'S |
| Plaintiff | ) | MOTION TO AUTHORIZE |
| | ) | "UNDER SEAL" FILING |
| vs | ) | OF DOCUMENT |
| | ) | |
| RALPH DAVID BRINTON, | ) | Case No. 2:19-cr-00080-HCN |
| | ) | |
| Defendant | ) | Assigned to Judge Nielson |

---

Defendant RALPH DAVID BRINTON, by and through his undersigned counsel-of-record, respectfully moves for authorization (under the CM-ECF electronic filing system) to file as "under seal" the following document: DEFENDANT'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S MOTION FOR POSTPONEMENT OF JURY TRIAL, dated 5 August 2019.

Respectfully submitted this 5th day of August, 2019.

```
                         /s/Stephen G Homer
                         STEPHEN G HOMER
                         Attorney for Defendant
                            RALPH DAVID BRINTON
```

CERTIFICATE

I certify that I caused a copy of the foregoing DEFENDANT'S MOTION TO AUTHORIZE "UNDER SEAL" FILING to be sent, by electronic transmission, simultaneously/concurrent with this CM-ECF filing to the Court, to Mr Cy Castle, Assistant United States Attorney, Office of the United States Attorney, 111 South Main Street, Suite 1800, Salt Lake City, Utah  84111-1506, this 5th day of August, 2019.

```
                         /s/Stephen G Homer
```